Case 4:18-cv-02912 Document 33 Filed on 05/04/20 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 04, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Tracy Drake, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-18-2912 |
| | § | |
| Spring Independent School District, | § | |
|     Defendant. | § | |

## FINAL JUDGMENT

It is ORDERED that Plaintiff's case be dismissed with prejudice. Drake takes nothing from Spring Independent School District.

This is a final judgment.

Signed at Houston, Texas, on May 4, 2020.

_____
Peter Bray
United States Magistrate Judge